**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 161 MAL 2020

              Respondent    :

                            :   Petition for Allowance of Appeal
                            :   from the Order of the Superior Court

             v.                 :

                            :

STANLEY J. CATERBONE,             :

                 Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.